JENNIFER H. WANG (STATE BAR NO. 242998)
SHERYL K. ITH (STATE BAR NO 225071)
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1050
Facsimile: (714) 431-1119

Attorneys for Creditor
CHRYSLER FINANCIAL SERVICES AMERICAS LLC, F/K/A DAIMLERCHRYSLER
FINANCIAL SERVICES AMERICAS LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ROGER JAMES REIZENSTEIN AND JACQUELYN LEE REIZENSTEIN,<br><br>Debtors. | CASE NO. 09-44971<br><br>CHAPTER 13<br><br>REQUEST FOR SPECIAL NOTICE<br><br>[NO HEARING REQUESTED] |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTORS AND THEIR ATTORNEY OF RECORD HEREIN, AND TO ALL PARTIES-IN-INTEREST:

The undersigned are attorneys for CHRYSLER FINANCIAL SERVICES AMERICAS LLC, F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC ("CFSA"), a creditor of the above-referenced Debtors.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that CFSA be given and served with all notices given or required to be given in this case as follows:

> CFSA
> c/o JENNIFER H. WANG
> COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
> 535 Anton Boulevard, 10th Floor
> Costa Mesa, CA 92626-1947

Accordingly, CFSA further requests that the foregoing name and address be added to the Master Mailing List.

DATED: July 13, 2009

Respectfully submitted,

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: /s/ JENNIFER H. WANG
JENNIFER H. WANG
Attorneys for Creditor
CFSA

37.0002  175420.1

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

3

JENNIFER H. WANG (STATE BAR NO. 242998)
SHERYL K. ITH (STATE BAR NO. 225071)
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1050
Facsimile: (714) 431-1119

Attorneys for Creditor
CHRYSLER FINANCIAL SERVICES AMERICAS LLC, F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ROGER JAMES REIZENSTEIN AND JACQUELYN LEE REIZENSTEIN,<br><br>Debtors. | CASE NO. 09-44971<br><br>CHAPTER 13<br><br>PROOF OF SERVICE OF REQUEST FOR SPECIAL NOTICE<br><br>[NO HEARING REQUESTED] |

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 535 Anton Boulevard, 10th Floor, Costa Mesa, California 92626-1947.

On July 13, 2009, I served the foregoing document described as REQUEST FOR SPECIAL NOTICE on the following parties in this action by first-class mail by placing a true copy(s) thereof enclosed in a sealed envelope(s) addressed as follows: SEE ATTACHED SERVICE LIST.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. postal service on

37,0002 175420.1

1 that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of
2 business. I am aware that on motion of the party served, service is presumed invalid if postal
3 cancellation date or postage meter date is more than one day after date of deposit for mailing in
4 affidavit.
5       I declare under penalty of perjury, under the laws of the State of California and the United
6 States of America, that the foregoing is true and correct. I declare that I am employed in the office
7 of a member of the bar of this court at whose direction the service was made.
8       Executed on July 13, 2009, at Costa Mesa, California

/s/ Susan Kontoff
SUSAN KONTOFF

37.0002 175420.1

# SERVICE LIST

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| ROGER JAMES REIZENSTEIN<br>JACQUELYN LEE REIZENSTEIN<br>5425 River Lake Road<br>Discovery Bay, CA 94505 | | Debtors |
| PATRICK L. FORTE, ESQ.<br>1 Kaiser Plaza, Suite 480<br>Oakland, CA 94612-3610 | | Attorney for Debtors |
| MARTHA G. BRONITSKY<br>P.O. Box 5004<br>Hayward, CA 94540-5004 | | Chapter 13 Trustee |

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

37.0002  175420.1