PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**ROGER JAMES REIZENSTEIN and JACQUELYN LEE REIZENSTEIN,**<br><br>**Debtors.**<br>_________________________________/ | **Case No. 09-44971 RJN**<br><br>**Chapter 13**<br><br>**AMENDED MOTION TO VALUE SECURITY OF WELLS FARGO UNDER FRBP 3012; NOTICE AND OPPORTUNITY TO REQUEST A HEARING** |

Debtors Roger and Jacquelyn Reizenstein ("Debtors") hereby move the court to value the claim of Wells Fargo Bank, NA ("Wells Fargo") secured by a lien against Debtors' property located at 5425 River Lake Road, Discovery Bay, CA 94505 ("the property").

1. This motion is based on the petition, schedules, and documents on file herein, and the Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed herewith.

2. As stated in the attached Declaration, at the time of filing, Debtors' residence was worth less than the first and second liens against the property.

1     3. Wells Fargo Bank, NA holds the third lien against the
2  property.
3     Based on the foregoing, and for the reasons stated in the
4  attached Memorandum of Points and Authorities, Debtors pray that:
5     1. For purposes of Debtors' chapter 13 plan only, the court value
6  Wells Fargo's lien at zero, hold that Wells Fargo does not have a
7  claim, and hold that Wells Fargo's lien may not be enforced, pursuant
8  to 11 U.S.C. §§ 506, 1322(b)(2), and 1327; and
9     2. Upon entry of a discharge in Debtors' chapter 13 case, the
10 lien shall be voided for all purposes, and upon application by
11 Debtors, the court will enter an appropriate form of judgment voiding
12 the lien.
13 **PLEASE TAKE NOTICE:**
14    (i)  That Local Rule 9014-1 of the United States Bankruptcy Court
15 for the Northern District of California prescribes the procedures to
16 be followed and that any objection to the requested relief, or a
17 request for hearing on the matter must be filed and served upon the
18 undersigned within twenty-one (21) days of mailing of this Notice;
19    (ii) That a request for hearing or objection must be accompanied
20 by any declarations or memoranda of law the party objecting or
21 requesting wishes to present in support of its position;
22    (iii) That if there is not a timely objection to the requested
23 relief or a request for hearing, the Court may enter an order granting
24 the relief by default; and
25    (iv) That the undersigned will give at least seven (7) days
26 written notice of hearing to the objecting or requesting party, and to

any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; and

    (v) That, except as otherwise ordered by the court, the initial hearing on the motion will not be an evidentiary hearing, and will serve as a status conference at which the court may schedule any evidentiary hearing necessary.

Dated: March 11, 2011        /s/ Corrine Bielejeski
                                      CORRINE BIELEJESKI
                                      Attorney for Debtors